988

No. 1112. LEIGHTON v. ONE WILLIAM STREET FUND, INC., ET AL. C. A. 2d Cir. Motion of petitioner to require certification of additional portions of appendix granted. Certiorari denied. MR. JUSTICE MARSHALL took .no part in the consideration or decision of this motion and petition. *Arthur W. Murphy* for respondent One William Street Fund, Inc., *Benjamin C. Milner III* and *Anthony L. Fletcher* for respondents Lehman Brothers et al., and *Harvey D. Myerson* for respondent Reed.

No. 1129. MOTORISTS MUTUAL INSURANCE Co. v. SIMPSON, ADMINISTRATRIX. C. A. 7th Cir. Motion to dispense with printing respondent's brief granted. Certiorari denied. MR. JUSTICE FORTAS is of the opinion that certiorari should be granted. *Martin J. Flynn* for petitioner. *Alex M. Clark* for respondent.

No. 1135. KAUFMAN v. NEW YORK CENTRAL RAILROAD Co., NOW KNOWN AS PENN CENTRAL Co. Sup. Ct. Ohio. Motion to change title of respondent from New York Central Railroad Co. to New York Central Railroad Co., now known as Penn Central Co., granted. Certiorari denied. *Charles H. Brady* for petitioner. *George J. Gould* and *Richard F. Ellenberger* for respondent.

No. 943, Misc. HAYES v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. *Robert W. Warren,* Attorney General of Wisconsin, and *William A. Platz, Betty R. Brown,* and *William F. Eich,* Assistant Attorneys General, for respondent.

No. 973, Misc. WIDEMAN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *James D. Crawford* and *Arlen Specter* for respondent.